552 P.2d 766

**Thomas F. GRAY, Petitioner,**

v.

**The INDUSTRIAL COMMISSION of Arizona, Respondent,**

**Fluor-Utah Construction Co., Inc., Respondent Employer,**

**Hartford Accident & Indemnity Co., Respondent Carrier.**

**No. 12330–PR.**

Supreme Court of Arizona, In Banc.
July 20, 1976.

Alston & Edwards by Cecil A. Edwards, Jr., Phoenix, for petitioner.

Greg L. Folger, Chief Counsel, Industrial Commission of Arizona, Phoenix, for respondent.

O'Connor, Cavanagh, Anderson, Westover, Killingsworth & Beshears by Donald L. Cross, Phoenix, for respondents employer and carrier.

PER CURIAM:

The opinion of the Court of Appeals as reported in 24 Ariz.App. 499, 539 P.2d 973 (1975) is approved and adopted as the opinion of this Court.